No. 77–6278. Knight v. United States District Court for the District of Massachusetts;

No. 77–6352. Townsley v. Lindsay, Judge, et al.; and

No. 77–6358. Siddle v. United States District Court for the Southern District of Ohio et al. Motions for leave to file petitions for writs of mandamus denied.

No. 77–1301. Gannett Co., Inc. v. DePasquale, Judge, et al. Ct. App. N. Y. Certiorari granted.

No. 77–1305. Parklane Hosiery Co., Inc., et al. v. Shore. C. A. 2d Cir. Certiorari granted.

No. 77–6067. Duren v. Missouri. Sup. Ct. Mo. Motion of petitioner for leave to proceed in forma pauperis and certiorari granted.

(See also Nos. 77–1287 and 77–6289, supra.)

No. 77–755. Rocky Mountain Motor Tariff Bureau, Inc., et al. v. United States et al. C. A. 4th Cir. Certiorari denied.

No. 77–1008. Sioux City & New Orleans Barge Lines, Inc. v. Helena Marine Service, Inc. C. A. 8th Cir. Certiorari denied.

No. 77–1062. Darks et al. v. Transok Pipe Line Co. C. A. 10th Cir. Certiorari denied.

No. 77–1095. Clemente et al. v. United States. C. A. 1st Cir. Certiorari denied.

No. 77–1104. Monroe County Conservation Council, Inc., et al. v. Adams, Secretary of Transportation. C. A. 2d Cir. Certiorari denied.